### SHAW v. STATE.

(Court of Criminal Appeals of Texas.   May 31, 1911.)

CRIMINAL LAW (§ 1090*)—APPEAL—DISPOSITION—AFFIRMANCE.

Where the ground stated in the motion for a new trial is the insufficiency o*f the evidence, and the record contains neither a bill of exceptions nor a statement of facts, and the indictment charges an offense, a conviction will be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2804, 2862; Dec. Dig. § 1090.*]

Appeal from District Court, Kaufman County; F. L. Hawkins, Judge.

Mart Shaw was convicted of murder in the first degree, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J.   Appellant was indicted, tried, and convicted of murder in the first degree, and his punishment assessed at confinement in the penitentiary for life.

There are neither bills of exception nor a statement of facts in the record, and the only ground stated in the motion for a new trial is the insufficiency of the evidence to sustain the judgment. Under these circumstances, there is nothing to review. The indictment charges an offense, and the charge submits this offense to the jury.

The judgment is affirmed.

---

### SHAW v. STATE.

(Court of Criminal Appeals of Texas.   May 31, 1911.)

Appeal from ·District Court, Kaufman County; J. E. Dillard, Special Judge.

Mart Shaw was convicted of murder in the first degree, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J.   Appellant was convicted of murder in the first degree; his punishment being assessed at confinement in the penitentiary for life. The record is before us without a statement of facts or bills of exception.

There being no question presented for revision, the judgment is· ordered to be affirmed.